Prepared by State Reporter from Appeal Papers

*Peter H. Ruvolo* and *Herbert N. Warbasse* for appellant.

*Abraham S. Cohen* and *Samuel Widder* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

ANNA DE GAETANO, as Administratrix of the Estate of JAMES DE GAETANO, Deceased, Appellant, *v.* MERRITT AND CHAPMAN DERRICK AND WRECKING COMPANY, Respondent.

*Negligence — master and servant — action to recover for death of diver from asphyxiation while engaged in his work — insufficient evidence of negligence of employer.*

*De Gaetano* v. *Merritt & Chapman Derrick & Wrecking Co.*, 219 App. Div. 242, affirmed.

(Argued January 17, 1928; decided February 14, 1928.)

APPEAL from a judgment, entered March 9, 1927, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer. Intestate, a diver, was asphyxiated while engaged in his employment of laying a cable at the bottom of the Harlem river. No witness saw the accident; his equipment was in perfect condition; he was found after the accident with his air hose and life line intact but caught between the cable and timbers of the crib through which it was to be hauled.

*Harold R. Medina* and *William F. McNulty* for appellant.

*William J. Martin, Patrick J. Dobson* and *Frederick Mellor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.